# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**523**

**CA 11-01898**

PRESENT: SCUDDER, P.J., SMITH, FAHEY, AND SCONIERS, JJ.

---

MARIA BERRY, PLAINTIFF-APPELLANT,

V                                                                    ORDER

ANGELO CHIODO HEATING & AIR CONDITIONING,
DEFENDANT-RESPONDENT.

---

MARK FALCO, NEW YORK CITY, FOR PLAINTIFF-APPELLANT.

WHITELAW & FANGIO, SYRACUSE (KENNETH D. WHITELAW OF COUNSEL), FOR
DEFENDANT-RESPONDENT.

---

Appeal from an order of the Onondaga County Court (William D. Walsh, J.), entered November 17, 2010. The order reversed in part and affirmed in part a judgment of the Syracuse City Court (Karen M. Uplinger, J.), entered April 26, 2010, and remitted for further proceedings.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  April 20, 2012                    Frances E. Cafarell
                                            Clerk of the Court